GEORGE V. B. FROST, Appellant, *v.* WILLIAM E. D. STOKES, Respondent.

WILLIAM E. D. STOKES, Respondent, *v.* GEORGE V. B. FROST, Appellant.

(Argued June 24, 1890; decided October 7, 1890.)

APPEAL from judgments of the General Term of the Superior Court of the city of New York, entered upon an order made June 23, 1887, which affirmed a judgment in favor of plaintiff in the first above-entitled action and a judgment in favor of defendant in the second above-entitled action entered upon the report of a referee.

*Wager Swayne* for appellant.

*Wilhelmus Mynderse* for respondent.

Agree to affirm; no opinion.
All concur.
Judgments affirmed.

-----

SUSAN SCHAD et al., Appellants, *v.* ADAM SCHAD, Respondent.

(Argued June 25, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made at the April term in 1887, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Kilby & Kellogg* for appellants.

*Watson M. Rogers* for respondent.

Agree to affirm; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.